UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Robert Brown

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 574   ( )( )

Defendant _Robert Brown_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_  Initial Appearance Before a Judicial Officer

_x_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_  Bail/Detention Hearing

_x_  Conference Before a Judicial Officer

_____Robert Brown   DAH_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Robert Brown_____
Print Defendant's Name

_____[signature]_____
Defendant's Counsel's Signature

_Daniel A. Hochheiser_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___10/29/2020_____
Date

___Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge