**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------x

UNITED STATES OF AMERICA

         -against-

ROBERT BROWN,

                Defendant.
-------------------------------------------x

**<u>ORDER</u>**

20 Cr. 574-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**


The C.J.A. attorney assigned to this case ___Daniel Hochheiser___ is hereby ordered substituted
                                         Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to CJ.A. attorney

     ___John Wallenstein___.
          Attorney's Name


                                 SO ORDERED.

                                 NELSON S. ROMÁN,
                                 UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
         November 30, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2020