UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

               -against-

Robert Brown,

                    Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

20 CR 574 (NSR)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A bail hearing before Magistrate Judge Krause is hereby scheduled for **Wednesday, February 10, 2021, at 11:00 a.m.**

      Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line.  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

      Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: February 4, 2021
       White Plains, New York

                                            **SO ORDERED.**

                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge