UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

                                  **RESCHEDULING ORDER**

           -against-                             20 CR 574 (NSR)

Robert Brown,

                        Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       A bail hearing before Magistrate Judge Krause is hereby scheduled for **Wednesday, February 10, 2021, at 3:00 p.m.**  This order supersedes the scheduling order at ECF No. 34.

       Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line.  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

       Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: February 9, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge