UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

               -against-

Robert Brown,

                    Defendant.
-------------------------------------------------------------x

**CANCELLATION ORDER**

20 CR 574 (NSR)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The bail hearing scheduled before Magistrate Judge Krause for Wednesday, February 10, 2021, at 3:00 p.m. is hereby ADJOURNED, to be rescheduled for a later date. This order supersedes the rescheduling order at ECF No. 35.

Dated: February 10, 2021
        White Plains, New York

                          **SO ORDERED.**

                          _____
                          ANDREW E. KRAUSE
                          United States Magistrate Judge