UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

                -against-

Robert Brown,

                          Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

20-cr-00574 (NSR) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic bail hearing before Magistrate Judge Krause is hereby scheduled for **Wednesday, February 24, 2021, at 11:00 a.m.**

      Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

      Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: February 22, 2021
       White Plains, New York

                                             **SO ORDERED.**

                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge