UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ROBERT BROWN

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 CR 574 (NSR)

Defendant ROBERT BROWN hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Robert Brown /ASK (w/ permission)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_John S. Wallenstein_
Defendant's Counsel's Signature

ROBERT BROWN

JOHN S. WALLENSTEIN

This proceeding was conducted by reliable video or telephone conferencing technology.

2/24/21
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge