**MEMORANDUM ENDORSEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021

United States v. Robert Brown

20 cr 574-2 (NSR)

The Court reviewed the Government's request (dated March 3, 2021, ECF No. 43, attached) for a stay of Magistrate Judge Andrew E. Krause's order, dated February 24, 2021, granting bail to defendant Robert Brown. The application is denied without prejudice to renew. Movant's remedy is to move before Judge Krause for a stay of his order until such time as the District Court judge hears and decides the Government's appeal. In the event Judge Krause denies the Government's application for a stay, the Government can seek further relief from the District Court. The Clerk of the Court is directed to terminate the motion at ECF No. 43.

Dated: March 3, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 3, 2021

**BY EMAIL**

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Robert Brown, a/k/a "Bob-O," 20 Cr. 574-2 (NSR)

Dear Judge Román:

    On February 24, 2021, United State Magistrate Judge Andrew E. Krause granted defendant Robert Brown's, a/k/a "Bob-O," bail application. Judge Krause ordered that the defendant be detained until all bail conditions are met, setting a preliminary deadline for the satisfaction of the defendant's bail conditions of March 5, 2021. On March 1, 2021, the Government appealed Judge Krause's bail order to Your Honor. The Government understands that the Court would prefer to address the Government's appeal at the next conference for this matter, which is currently set for March 12, 2021. Because the defendant may satisfy his bail conditions and be released from custody before March 12, 2021, the Government respectfully requests that the Court stay Judge Krause's order until the Court can hear the Government's appeal by so-ordering this letter.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Benjamin A. Gianforti
    Assistant United States Attorney
    (914) 993-1919

cc:    John Wallenstein, Esq. (by email)