

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 3, 2021

**BY ECF & EMAIL**

The Honorable Andrew E. Krause
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: **United States v. Robert Brown, a/k/a "Bob-O," 20 Cr. 574-2 (NSR)**

Dear Judge Krause:

  On February 24, 2021, this Court granted defendant Robert Brown's, a/k/a "Bob-O," bail application. The Court ordered that the defendant be detained until all bail conditions are met, setting a preliminary deadline for the satisfaction of the defendant's bail conditions of March 5, 2021. On March 1, 2021, the Government appealed the Court's bail order to United States District Judge Nelson S. Román. Judge Román intends to address the Government's appeal at the next conference for this matter, which is currently set for March 12, 2021. Earlier today, the Government sought a stay of the Court's bail order from Judge Román. That application was denied without prejudice so that the Government could apply to this Court in the first instance for a stay. Because the defendant may satisfy his bail conditions and be released from custody before March 12, 2021, the Government respectfully requests that the Court stay its bail order until Judge Román can hear the Government's appeal by so-ordering this letter.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

 by: _____

    Benjamin A. Gianforti
    Assistant United States Attorney
    (914) 993-1919

> **APPLICATION DENIED (ECF No. 45).** The Government has not presented any new reason (other than the pending appeal) why this Defendant should not be released on bail once all conditions are satisfied. The Defendant will be subject to specified conditions upon release (*see* ECF No. 39), and this Court's determination was that these conditions would reasonably assure the Defendant's appearance at future proceedings and the safety of the community.
> Dated: March 3, 2021

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge